大成 DENTONS

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP 1221
Avenue of the Americas
New York, NY 10020-1089
United States

•• **Salans FMC SNR Denton McKenna Long**
dentons.com

November 18, 2020

**VIA ECF**

The Honorable Carol Bagley Amon
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Fischler v. Hampster Industries, Inc.,* 20-cv-04808-CBA-CLP

Dear Judge Amon:

We represent defendant Hampster Industries, Inc. ("Defendant") in the above-referenced matter. We respectfully move the Court to set the deadline at December 11, 2020 for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint.  This is the first request for an extension of time in this matter.

Plaintiff's counsel has consented to this request, which is sought in light of the current closures and complications created by concerns over COVID-19. It also will permit the parties to meaningfully communicate regarding Plaintiff's allegations.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)