**大成 DENTONS**

**Timothy J. Straub**
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP 1221
Avenue of the Americas
New York, NY 10020-1089
United States

•• **Salans FMC SNR Denton McKenna Long**
dentons.com

December 9, 2020

<u>**VIA ECF**</u>

The Honorable Cheryl L. Pollak
Chief Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Fischler v. Hampster Industries, Inc.,* 20-cv-04808-CBA-CLP

Dear Judge Pollak:

We represent defendant Hampster Industries, Inc. ("Defendant") in the above-referenced matter. We respectfully move the Court to set the deadline at January 11, 2021 for Defendant to answer, move, or otherwise respond to Plaintiff's Complaint. This is the second request for an extension of time in this matter and the first extension was granted (Dkt. 7.) Currently, Defendant's deadline to respond to the Complaint is December 11, 2020. *Id.*

Plaintiff's counsel has consented to this request, which is sought in light of the current closures and complications created by concerns over COVID-19. It also will permit the parties to continue meaningful discussions regarding Plaintiff's allegations.

Respectfully submitted,

*/s/ Timothy J. Straub*
Timothy J. Straub

cc:   All counsel of record (by ECF)